| | |
|---|---|
| 1  Joseph C. Maher II, Esq. (CSBN 164117) | |
| 2  Cindy Young Saxey, Esq. (CSBN 252257) | |
|    WEITZ & LUXENBERG, P.C. | **FILED: 9/12/11** |
| 3  1880 Century Park East, Suite 700 | JS-6 |
|    Los Angeles, California 90067 | |
| 4  Tel.: (310) 247-0921 | |
| 5  Fax: (310) 786-9927 | |
|    Email: jmaher@weitzlux.com | |
| 6  Email: csaxey@weitzlux.com | |
| 7  Attorneys for Plaintiffs | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD LEE, an individual; and MARY LEE, an individual; | CASE NO. CV11-07333 GHK (SSx) |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] **ORDER ON STIPULATION FOR REMAND** |
| ALFA LAVAL, INC., individually and as successor in interest to THE DELAVAL SEPARATOR COMPANY and SHARPLES CORPORATION; CALPORTLAND COMPANY, f/k/a CALIFORNIA PORTLAND CEMENT COMPANY; CBS CORPORATION f/k/a VIACOM, INC., successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CLARK-RELIANCE CORPORATION, individually and as successor in interest to JERGUSON GAGE & VALVE COMPANY; CRANE CO.; CSR, LTD., f/k/a COLONIAL SUGAR REFINING COMPANY, INC. OF | |

- 1 -

| | |
|---|---|
| 1 | SYDNEY AUSTRLIA; |
| | FOSTER WHEELER, LLC, a/k/a and |
| 2 | individually and as successor in interest |
| | to FOSTER WHEELER |
| 3 | CORPORATION and FOSTER |
| 4 | WHEELER ENERGY |
| | CORPORATION; |
| 5 | FOSTER WHEELER ENERGY |
| 6 | CORPORATION, a/k/a and |
| | individually and as successor in interest |
| 7 | to FOSTER WHEELER |
| 8 | CORPORATION and FOSTER |
| | WHEELER, LLC; |
| 9 | GENERAL ELECTRIC COMPANY; |
| 10 | GEORGIA-PACIFIC LLC, f/k/a |
| | GEORGIA-PACIFIC CORPORATION; |
| 11 | HILL BROTHERS CHEMICAL |
| 12 | COMPANY; |
| | INGERSOLL-RAND COMPANY; |
| 13 | KAISER GYPSUM COMPANY, INC.; |
| 14 | KELLY-MOORE PAINT COMPANY, |
| | INC.; |
| 15 | METALCLAD INSULATION |
| 16 | CORPORATION; |
| | OWENS-ILLINOIS, INC., individually |
| 17 | and as successor in interest to OWENS- |
| 18 | ILLINOIS GLASS COMPANY; |
| | O-I, INC., individually and as successor |
| 19 | in interest to OWENS-ILLINOIS |
| 20 | GLASS COMPANY; |
| | RAPID-AMERICAN CORPORATION; |
| 21 | SOCO-WEST, INC. f/k/a BRENNTAG |
| 22 | WEST, INC. f/k/a SOCO-LYNCH |
| | CORPORATION, successor in interest |
| 23 | to WESTERN CHEMICAL & |
| 24 | MANUFACTURING CO.; |
| | SYD CARPENTER, MARINE |
| 25 | CONTRACTOR, INC.; |
| 26 | UNION CARBIDE CORPORATION; |
| | YARWAY CORPORATION; |
| 27 | |
| 28 | |

**WEITZ & LUXENBERG P.C.**
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

[PROPOSED] ORDER ON STIPULATION FOR REMAND

and DOES 1 through 400, inclusive,

Defendants.

THIS MATTER HAVING COME BEFORE THE COURT by the Joint Stipulation to Remand this case to the Superior Court for the State of California, Central District, Stanley Mosk Courthouse, by and between counsel for Plaintiffs and counsel for Defendant Crane Co. in the above referenced matter,

It is hereby, ORDERED, that this matter is REMANDED forthwith.

**IT IS SO ORDERED.**

DATED: September 9, 2011

_____
Honorable George H. King
Judge of the United States District Court