1  Joseph C. Maher II, Esq. (CSBN 164117)
2  Cindy Young Saxey, Esq. (CSBN 252257)
   WEITZ & LUXENBERG, P.C.                     **FILED: 9/12/11**
3  1880 Century Park East, Suite 700                 **JS-6**
4  Los Angeles, California 90067
   Tel.: (310) 247-0921
5  Fax: (310) 786-9927
6  Email: jmaher@weitzlux.com
   Email: csaxey@weitzlux.com
7  Attorneys for Plaintiffs

8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**

10  RICHARD LEE, an individual; and        CASE NO.  CV11-07333 GHK (SSx)
11  MARY LEE, an individual;
12
              Plaintiffs,
13
                                           **[PROPOSED] ORDER ON
14     v.                                  STIPULATION FOR REMAND**

15  ALFA LAVAL, INC., individually and
    as successor in interest to THE
16  DELAVAL SEPARATOR COMPANY
17  and SHARPLES CORPORATION;
    CALPORTLAND COMPANY, f/k/a
18  CALIFORNIA PORTLAND CEMENT
19  COMPANY;
    CBS CORPORATION f/k/a VIACOM,
20  INC., successor by merger to CBS
21  CORPORATION f/k/a
    WESTINGHOUSE ELECTRIC
22  CORPORATION;
23  CERTAINTEED CORPORATION;
    CLARK-RELIANCE CORPORATION,
24  individually and as successor in interest
25  to JERGUSON GAGE & VALVE
26  COMPANY;
    CRANE CO.;
27  CSR, LTD., f/k/a COLONIAL SUGAR
28  REFINING COMPANY, INC. OF

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

1  SYDNEY AUSTRLIA;
2  FOSTER WHEELER, LLC, a/k/a and individually and as successor in interest
3  to FOSTER WHEELER CORPORATION and FOSTER
4  WHEELER ENERGY CORPORATION;
5  FOSTER WHEELER ENERGY
6  CORPORATION, a/k/a and individually and as successor in interest
7  to FOSTER WHEELER
8  CORPORATION and FOSTER WHEELER, LLC;
9  GENERAL ELECTRIC COMPANY;
10 GEORGIA-PACIFIC LLC, f/k/a
11 GEORGIA-PACIFIC CORPORATION;
   HILL BROTHERS CHEMICAL
12 COMPANY;
13 INGERSOLL-RAND COMPANY;
   KAISER GYPSUM COMPANY, INC.;
14 KELLY-MOORE PAINT COMPANY,
15 INC.;
   METALCLAD INSULATION
16 CORPORATION;
17 OWENS-ILLINOIS, INC., individually and as successor in interest to OWENS-
18 ILLINOIS GLASS COMPANY;
19 O-I, INC., individually and as successor in interest to OWENS-ILLINOIS
20 GLASS COMPANY;
21 RAPID-AMERICAN CORPORATION;
   SOCO-WEST, INC. f/k/a BRENNTAG
22 WEST, INC. f/k/a SOCO-LYNCH
23 CORPORATION, successor in interest to WESTERN CHEMICAL &
24 MANUFACTURING CO.;
25 SYD CARPENTER, MARINE CONTRACTOR, INC.;
26 UNION CARBIDE CORPORATION;
27 YARWAY CORPORATION;
28

- 2 -

and DOES 1 through 400, inclusive,

Defendants.

THIS MATTER HAVING COME BEFORE THE COURT by the Joint Stipulation to Remand this case to the Superior Court for the State of California, Central District, Stanley Mosk Courthouse, by and between counsel for Plaintiffs and counsel for Defendant Crane Co. in the above referenced matter,

It is hereby, ORDERED, that this matter is REMANDED forthwith.

**IT IS SO ORDERED.**

DATED: September 9, 2011

_____
Honorable George H. King
Judge of the United States District Court

- 3 -
[PROPOSED] ORDER ON STIPULATION FOR REMAND